NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARY JEAN ZISKA,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )          Case No. 2D17-1909
                                    )
21ST MORTGAGE CORPORATION,          )
                                    )
          Appellee.                 )
                                    )
_____)

Opinion filed December 19, 2018.

Appeal from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Mary Jean Ziska, pro se.

Nicole P. Planell of Quintairos,
Prieto, Wood & Boyer, P.A., Miami,
for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.